UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 19-cr-96 (WMW/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | THIRD SUPERSEDING INDICTMENT |
| Plaintiff, | 18 U.S.C. § 1503 |
| v. | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| TRAVIS KYLE MAYER, | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(a)(4) |
| Defendant. | 18 U.S.C. § 2252(b)(1) |
| | 18 U.S.C. § 2252(b)(2) |
| | 18 U.S.C. § 2260A |
| | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 3559(e) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
**(Production and Attempted Production of Child Pornography)**

On or about May 22, 2018, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

having been convicted in 2012 under the laws of the State of Minnesota of Third-Degree Criminal Sexual Conduct (Minn. Stat. § 609.344), attempted to and did, employ, use, persuade, induce, entice, and coerce a known 15-year-old girl, MINOR A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including files with the following MD5 values and images:


SCANNED
FEB 16 2021
U.S. DISTRICT COURT MPLS

| MD5 Value | Description |
| --- | --- |
| 03bf007be15e389147aa9693b23e6812 | Two close-up images of Minor A's vagina, which she is spreading with her fingers |
| 1b8ab9526eb387ddc8af18b9390a4ce4 | Two close-up images of Minor A's vagina, which she is spreading with her fingers |
| 885099784a1904bbd6cafe357c9a47b4 | Two close-up images of Minor A's vagina, which she is spreading with her fingers in one image |
| 978a85155fb0edf1074c452c1b02f835 | Two close-up images of Minor A's vagina, which she is spreading with her fingers |
| a29030bed5da73c0819948e4b52ada37 | Two close-up images of Minor A's vagina, which she is spreading with her fingers in one image |
| 3d6d6fa91e2e2e85d3f2c31eab62eac9 | Two close-up images of Minor A's vagina |
| cbefaf893b785006cf1a308916214a08 | Two close-up images of Minor A's vagina, which she is spreading with her fingers in one image |
| 16c06e99f7cd69f4d9f4201546d469dc | Two close-up images of Minor A's vagina |
| 00deb60db8c50508eca36de1095abad3 | One close-up image of Minor A's vagina, which she is spreading with her fingers |

where such depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 3559(e).

## COUNT 2
### (Production and Attempted Production of Child Pornography)

On or about July 17, 2018, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

having been convicted in 2012 under the laws of the State of Minnesota of Third-Degree Criminal Sexual Conduct (Minn. Stat. § 609.344), attempted to and did, employ, use, persuade, induce, entice, and coerce a known 15-year old girl, MINOR

United States v. Travis Kyle Mayer, 19-cr-96 (WMW/HB)

A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including files with the following MD5 values and images:

| MD5 Value | Description |
| --- | --- |
| 9f4cced3de51063c219edb7bc2910abc | A close-up image of Minor A's vagina, which she is spreading with her fingers |
| 7b809deb49676c00a8e79a856e3ac4f1 | A close-up image of Minor A's vagina |
| f84f1c68f35f80b4e7222d193936d981 | A close-up image of Minor A's vagina |

where such depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 3559(e).

## COUNT 3
### (Distribution of Child Pornography)

On or about August 8, 2018, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

having been convicted in 2012 under the laws of the State of Minnesota of Criminal Sexual Conduct in the Third Degree (Minn. Stat. § 609.344), knowingly distributed two visual depictions of MINOR A using a means and facility of interstate and foreign commerce that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by cellular telephone and the Kik messenger application, include those with the following MD5 values and images:

| MD5 value | Description |
| --- | --- |
| 64be51ab2efbbc88f480f0de4e34102d | A file depicting two explicit images of Minor A, one in which her vagina is |

| | exposed and she is spreading it with her fingers |
|---|---|
| dcfb0a52668fcdcf68812ef02e7f30c0 | An image in which Minor A's vagina is exposed and she is spreading it with her fingers |

where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 4
### (Possession of Child Pornography)

On or about April 18, 2018, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

having been convicted in 2012 under the laws of the State of Minnesota of Criminal Sexual Conduct in the Third Degree (Minn. Stat. § 609.344), did knowingly possess one or more matters which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including cellular telephone, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including files with the following MD5 values and images:

| MD5 Value | Description |
|---|---|
| 07496bccb09a37181021aa0935b40a9b | A close-up image of Minor A's vagina, which she is spreading with her fingers |

4

| | |
|---|---|
| 4d6816dd8ccfb819ebd80e83a262f22e | A close-up image of Minor A's vagina, which she is spreading with her fingers |

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT 5
### (Coercion and Enticement of a Minor)

From on or about April 1, 2018 through on or about August 8, 2018, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

attempted to, and did, use a facility and means of interstate and foreign commerce to knowingly persuade, induce, and entice MINOR A, a known 15-year old girl, to engage in sexual activity for which a person can be charged with a criminal offense, namely, the production of child pornography, in violation of 18 U.S.C. § 2251(a) and Minn. Stat. § 617.246, all in violation of Title 18, United States Code, Sections 2422(b) and 3559(e).

## COUNT 6
### (Committing a Felony Involving a Minor While Required to Register As a Sex Offender)

From on or about April 1, 2018 through on or about August 8, 2018, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

an individual required by federal and Minnesota law to register as a sex offender at all times relevant to this indictment, committed felony offenses involving MINOR A, as charged in Counts 1, 2, and 5 of this indictment, all in violation of Title 18, United States Code, Section 2260A.

## COUNT 7
### (Receipt of Child Pornography)

On or about September 6, 2017, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

having been convicted in 2012 under the laws of the State of Minnesota of Criminal Sexual Conduct in the Third Degree (Minn. Stat. § 609.344), did knowingly receive visual depictions using a means and facility of interstate and foreign commerce and that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by cellular telephone, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such depictions were of such conduct, including a file with the following MD5 value and image:

| MD5 value | Description |
| --- | --- |
| 75697ddf42f0a223eb45eeca22bf03fb | Images of a prepubescent girl performing oral sex on an adult male |

all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 8
### (Possession of Child Pornography)

On or about August 20, 2017, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

having been convicted in 2012 under the laws of the State of Minnesota of Criminal Sexual Conduct in the Third Degree (Minn. Stat.

§ 609.344), did knowingly possess one or more matters which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including cellular telephone, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including a file with the following MD5 value and image:

| MD5 Value | Description |
| --- | --- |
| 8cf4eb544aeb47badb0ae3edc2abf7bf | Images depicting a naked prepubescent girl engaged in vaginal intercourse with an adult male |

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## Count 9
### (Obstruction of Justice)

From on or about June 20, 2019, through at least October 11, 2019, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

did knowingly, corruptly, and unlawfully endeavor to influence, obstruct, and impede the due administration of justice, specifically in regards to the instant case of *United States v. Travis Kyle Mayer*, 19-cr-96 (WMW/HB), now pending in the United States District Court for the District of Minnesota, by requesting and manipulating C.M. through numerous letters and phone calls, to testify falsely regarding the fact and content of a supposed three-way phone conversation between the Defendant, C.M., and MINOR A, wherein MINOR A allegedly stated that she was 18 years old, a fact

relevant to some of the charges against the Defendant in the aforementioned proceeding. In truth, and as the Defendant well knew, no such call took place and MINOR A never made such a statement regarding her age to C.M. or the Defendant during such a call. The aforementioned conduct is in violation of Title 18, United States Code, Section 1503.

## FORFEITURE ALLEGATIONS

Counts 1 through 9 are incorporated for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 1467, 2253(a), and 2428.

Upon conviction on any of Counts 1–4, 7 or 8 of this Third Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

1. any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

<u>United States v. Travis Kyle Mayer, 19-cr-96 (WMW/HB)</u>

Upon conviction of Count 5 of this Third Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428:

1. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

2. any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

The property subject to forfeiture upon conviction on any count in this Third Superseding Indictment includes, but is not limited to:

    a. one black ZTE cell phone (model Z899VL) with serial number 32F483808920; and

    b. one black ZTE cell phone (model Z799VL) with serial number 329F74895F59.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1467(b) and 2253(b) and Title 28, United States Code, Section 2461(c).

                            A TRUE BILL

_____      _____
UNITED STATES ATTORNEY              FOREPERSON