UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, ) | |
| ) | DEFENDANT TRAVIS KYLE MAYER'S |
| Plaintiff, ) | TRIAL BRIEF |
| ) | |
| vs. ) | Crim. No. 19-96 (WMW/HB) |
| ) | |
| Travis Kyle Mayer, ) | |
| ) | |
| Defendant. ) | |

In this case charging a variety of child pornography offenses, persuasion and enticement of a minor, obstruction of justice, and commission of the offenses while required to register as a sex offender, Defendant Travis Kyle Mayer will be represented by undersigned counsel with the contact information listed below the signature block. According to Government counsel, it should take about a week to try, but Covid-19 protocols will be in place, so it may take longer than anticipated, if the Defense decides to put on a case, it should not exceed an additional day.

Dated: 1 June 2021

Respectfully submitted,

DANIEL L. GERDTS, LAWYER

*s/ Daniel L. Gerdts*

Daniel L. Gerdts (#207329)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086
daniel@danielgerdtslaw.com