UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 19-cr-0096 (WMW/HB) |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| Travis Kyle Mayer, | |
| Defendant. | |

Before the Court is the unopposed motion of Plaintiff United States of America for a preliminary order of forfeiture. (Dkt. 221.) In light of the evidence admitted at trial, the jury's guilty verdict as to Counts 1 through 7 and 9 of the indictment, and the jury's special verdict as to forfeiture, the United States has established the requisite nexus between certain property and the offenses of which Defendant Travis Kyle Mayer has been found guilty.

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Plaintiff United States of America's Motion for a Preliminary Order of Forfeiture, (Dkt. 221), is **GRANTED**.

2. Defendant Travis Kyle Mayer shall forfeit to the United States, pursuant to 18 U.S.C. §§ 1467, 2253(a), and 2428, the following property:

   a. ZTE Cell Phone, Model: Z899VL, with serial number 32F483808920; and

   b. ZTE Cell Phone, Model: Z799VL, with serial number 329F74895F59.

2

3. The United States Attorney General or an authorized designee may seize and maintain custody and control of the forfeited property pending the entry of a Final Order of Forfeiture.

4. Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 1467(b), 18 U.S.C. § 2253(b), and 28 U.S.C. § 2461(c), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the Property in such manner as the Attorney General may direct.

5. This Order shall become final as to Defendant at the time of sentencing, made part of the sentence and included in the judgment.  Fed. R. Crim. P. 32.2(b)(4)(A), (B).

6. Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee.

7. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary.  Fed. R. Crim. P. 32.2(e).

Dated:  August 9, 2021                                s/Wilhelmina M. Wright
                                                                                           Wilhelmina M. Wright
                                                                                           United States District Judge