UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 19-cr-0096 (WMW/HB) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Travis Kyle Mayer, | |
| Defendant. | |

WHEREAS, on August 9, 2021, this Court entered a Preliminary Order of Forfeiture ordering Defendant Travis Kyle Mayer to forfeit certain property, described below, to the United States pursuant to 18 U.S.C. §§ 1467, 2253(a) and 2428;

WHEREAS, the United States posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on August 11, 2021, providing notice of the United States's intention to dispose of Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 265), is **GRANTED**.

2

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. §§ 1467, 2253(a), and 2428:

    a. ZTE Cell Phone, Model: Z899VL, with serial number 32F483808920; and

    b. ZTE Cell Phone, Model: Z799VL, with serial number 329F74895F59.

3. The United States shall dispose of the property described above in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 4, 2022

                                                        s/Wilhelmina M. Wright
                                                        Wilhelmina M. Wright
                                                        United States District Judge